JOHN GEELAN, Respondent, *v.* SOUTHERN BOULEVARD RAILROAD COMPANY OF NEW YORK, Respondent, Impleaded with HENRY D. BAHR, Appellant, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 28th day of November, 1914, upon the verdict of a jury, and also from an order entered on the 11th day of December, 1914, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin and Scott, JJ., dissented.

McLAUGHLIN, J. (dissenting): I think that the court erred in refusing to charge the jury " that if the jury find that this accident happened entirely by reason of the fact that the left hand horse shied and forced the wagon over against the car, then under the issues presented in this case their verdict must be for the defendant Bahr." I, therefore, dissent and vote to reverse the judgment and order appealed from and for a new trial as to the defendant Bahr. Scott, J., concurred.